UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRATTON,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>        Respondent. | CASE NO. CV 16-6266-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: <u>September 20, 2016</u>

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE